## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | } } } | |
| Plaintiff, | } } | |
| v. | } } | CIVIL ACTION NO. |
| (1) COLONIAL MANOR NURSING HOME INC., an Oklahoma Corporation, and (2) WILDWOOD CARE CENTER, INC., an Oklahoma Corporation, | } } } } } | 07-CV-513-CVE-SAJ |
| Defendants. | } } | **JURY TRIAL DEMAND** |

## COMPLAINT

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Charging Party Megan Schmidt.  The Equal Employment Opportunity Commission alleges that the Defendants, Colonial Manor Nursing Home, Inc., and Wildwood Care Center, Inc., violated Title VII when they subjected Megan Schmidt to discrimination because of her sex, female, by subjecting her to sexual harassment.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 706(f) (3) of Title VII of the Civil Rights Act of 1964, as amended, ("Title VII"), 42 U.S.C. § 2000e-5 (f)(3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

2.      The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Northern District of Oklahoma.

## PARTIES

3.      Plaintiff, Equal Employment Opportunity Commission ("the Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. 2000e-5(f)(1) and (3).

4.      At all relevant times, Defendants Colonial Manor Nursing Home, Inc.,  ("Colonial Manor") and Wildwood Care Center, Inc., ("Wildwood") have continuously been and are now doing business in the State of Oklahoma and have both continuously employed at least fifteen employees. Colonial Manor and Wildwood operate nursing homes within the State of Oklahoma and specifically two located in the City of Tulsa, Tulsa County, Oklahoma.  Defendants operated said nursing homes as part of an integrated enterprise, sharing employees and common upper management employees.

5.      At all relevant times, Defendants have continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C.§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.      More than thirty days prior to the institution of  this lawsuit, Megan Schmidt filed a charge of discrimination with the Commission alleging a violation of Title VII by Defendant Wildwood.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7.      Since at least January, 2005, the Defendants have engaged in conduct in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1) and 2000e-3 by discriminating against Megan Schmidt because of her sex, female, by subjecting her to sexual harassment. Specifically, Ms. Schmidt worked in a nursing home owned by Defendant Wildwood as a certified nursing assistant.  Ms. Schmidt was subjected to lewd comments, gestures and the unwelcome touching of her body by co-worker Melisio Aguirre, an employee of Defendant Colonial Manor.  Ms. Schmidt complained about the harassment but Defendants failed to take immediate and appropriate corrective action to end the harassment.

8.      The effect of the practices complained of in paragraph 7 above has been to deprive Megan Schmidt of equal employment opportunities because of her sex.

9.      The unlawful employment practices complained of in paragraph 7 were intentional.

10.      The unlawful employment practices complained of  in paragraph 7 above were committed with malice or with reckless indifference to the federally protected rights of Megan Schmidt.

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Defendants Colonial Manor and Wildwood, their officers, successors, assigns, and all persons in active concert or participation with them, from engaging in any employment practice which discriminates on the basis of sex.

B.      Order the Defendants to institute and carry out policies, practices and programs that provide equal employment opportunities for Megan Schmidt and other employees and which

3

eradicate the effects of the Defendants' past and present unlawful practices.

C.     Order the Defendants to make whole Megan Schmidt by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including but not limited to emotional distress, pain and suffering, anxiety, loss of enjoyment of life, humiliation, embarrassment and inconvenience, in amounts to be determined at trial.

D.     Order the Defendants to pay Megan Schmidt  punitive damages for its malicious conduct or reckless indifference described in paragraphs 7 and 10 above, in an amount to be determined at trial.

E.     Grant such further relief as the Court deems necessary and proper in the public interest.

F.     Award the Commission its costs in this action.

## <u>JURY TRIAL DEMAND</u>

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

**FOR PLAINTIFF U.S. E.E.O.C.:**

JEAN P. KAMP
Acting Regional Attorney
St. Louis District Office

BARBARA A. SEELY
Supervisory Trial Attorney
St. Louis District Office

<u>s/Michelle M. Robertson</u>
MICHELLE M. ROBERTSON, OBA #14084
Sr. Trial Attorney
**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**
Area Office for the State of Oklahoma
215 Dean A. McGee Avenue, Suite 524
Oklahoma City, Oklahoma 73102
Tel No.  405-231-4363
Fax No. 405-231-5816